IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CAMERON MCDOUGAL,** : | |
| : | |
| Plaintiff : | |
| : | |
| VS. : | |
| : | CIVIL No: 5:14-CV-0205-MTT-MSH |
| **Lieutenant PRESLEY, et. al.** : | |
| : | |
| Defendants : | |

## ORDER

Plaintiff Cameron McDougal, a prisoner confined at Coffee Correctional Facility in Nicholls, Georgia, filed a *pro se* civil rights complaint seeking relief under 42 U.S.C. § 1983. Shortly after the Complaint was filed, the Court mailed Plaintiff a consent form and an order referring this case to a Magistrate Judge. That letter has now been returned to the Court and is marked "RTS-Released." It thus appears that Plaintiff has been released from prison. Plaintiff has not notified this Court of his release or his whereabouts. As this Court has no information regarding Plaintiff's current address, it is hereby **ORDERED** that his Complaint be **DISMISSED** without prejudice.

**SO ORDERED** this 2nd day of July, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jlr